## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Allen | Case Number:  07 B 23293 |
| Brown, Ester L | Judge:  Goldgar, A. Benjamin |
| Printed:  5/6/08 | Filed:  12/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  March 25, 2008

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 480.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 448.80 |
| Trustee Fee: | | 31.20 |
| Other Funds: | | 0.00 |
| Totals: | 480.00 | 480.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 448.80 |
| 2. | Capital One | Unsecured | 476.94 | 0.00 |
| 3. | Chase Bank | Unsecured | 92.78 | 0.00 |
| 4. | Charming Shoppes | Unsecured | 23.87 | 0.00 |
| 5. | Bass & Associates | Unsecured | 109.57 | 0.00 |
| 6. | GE Consumer Finance | Unsecured | 25.14 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 43.07 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 114.31 | 0.00 |
| 9. | Capital One | Unsecured | 531.87 | 0.00 |
| 10. | Capital One | Unsecured | 561.35 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 90.62 | 0.00 |
| 12. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 13. | Exxon Mobil | Unsecured | | No Claim Filed |
| 14. | HSBC | Unsecured | | No Claim Filed |
| 15. | Valentine & Kebartas Inc | Unsecured | | No Claim Filed |
| 16. | HSBC | Unsecured | | No Claim Filed |
| 17. | Texaco Inc | Unsecured | | No Claim Filed |
| | | | $ 5,553.52 | $ 448.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 31.20 |
| | $ 31.20 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brown, Allen

Brown, Ester L

Printed:  5/6/08

Case Number:  07 B 23293

Judge:  Goldgar, A. Benjamin

Filed:  12/12/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

